ETHEL WINTNER, Appellant, v. SAMUEL ARON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [145 Misc. 313.]

NEW YORK BUTCHERS' CALFSKIN ASSOCIATION, LTD., Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH MUNLEY, Respondent, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDITH PUTTMANN, Respondent, v. PAUL PUTTMANN, Appellant.— Order so far as appealed from modified by reducing amount of alimony to $100 a month, such reduction to be effective commencing with the month of July, 1932. In addition to the payment of $100 a month current alimony, defendant pay on account of arrears of alimony at the rate of $100 a month, beginning November 1, 1932, until said arrears are paid. As so modified the order is affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IDA KAY, Respondent, v. SOLOMON KAY, Appellant.— Order modified in so far as to open default and grant leave to the defendant to answer within ten days from service of order, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SEVERNOE SECURITIES CORPORATION, Respondent, v. LONDON & LANCASHIRE INSURANCE COMPANY, LTD., Appellant, Impleaded with NORTHERN INSURANCE COMPANY OF Moscow, Defendant, and BANK OF MANHATTAN TRUST COMPANY, as Assignee, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of INTERNATIONAL SUPERPOWER CORPORATION and Others, Respondents, for the Appointment of Three Persons to Appraise the Value of Shares of the Participating Stock of EMPIRE POWER CORPORATION, a Domestic Corporation, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

AMERICAN WEEKLY, INC., Appellant, v. WILLIAM H. RANKIN COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell and Sherman, JJ., dissent and vote to remit the matter to Special Term for the determination of the questions of fact arising since the making of the stipulation.

SEGAL LOCK & HARDWARE COMPANY, INC., Respondent, Appellant, v. GILLETTE SAFETY RAZOR COMPANY, Appellant, Respondent, Impleaded with Another, Defendant.— Order so far as appealed from by the defendant affirmed. Order so far as appealed from by the plaintiff modified by striking out the reservation to plead to the jurisdiction in the answer, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES W. RICHTER, JR., Individually and as a Stockholder of D. W.